# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RICKEY BARNES (#119466)    CIVIL ACTION

VERSUS

JANE DOE, ET AL.    NO.: 14-00157-BAJ-SCR

## RULING AND ORDER

On July 7, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Christopher Wiley's complaint be dismissed without prejudice for failure to pay the court's filing fee. (Doc. 5.) On June 6, 2014, the Magistrate Judge issued an order stating that Plaintiff had previously filed at least three actions in federal court that were found to be either frivolous or failed to state a claim upon which relief could be granted. As such, and in accordance with 28 U.S.C. § 1915(g), Plaintiff was ordered to pay the court's full filing fee within twenty-one (21) days of the order. (Doc. 2.) Plaintiff filed a motion requesting an extension of time to pay the fee; however, the Magistrate Judge denied the motion, indicating that Plaintiff knew, or should have known, that he would be required to pay the full filing fee after previous warnings for frivolous filings. (Doc. 4.) Plaintiff has not paid the filing fee.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the

date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 5, at 1.) A review of the record indicates that Plaintiff filed a timely objection to the Report and Recommendation on July 22, 2014. (Doc. 6.)

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.[1]

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 5)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be **DISMISSED, without prejudice**, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, this 11th day of August, 2014.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Plaintiff's objection primarily concerns his discontent with the prison mail system and his inability to retrieve legal documents timely. Plaintiff also blames the prison and the Clerk of Court's office for causing him to file appeal documents late. *See* Doc. 6. Finally, Plaintiff asserts that he should have "been given the benefit of the doubt" before his suit was dismissed. (Doc. 6, at 4.)
Regardless of Plaintiff's objections to the Report and Recommendation, he did not address the Magistrate Judge's finding that the filing fee has not been paid in the above captioned matter. As such, the Court adopts the findings of fact and conclusions of law reached by the Magistrate Judge.